# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Steven M. Larimore**
Court Administrator • Clerk of Court

400 North Miami Avenue, Room 8N09
Miami, Florida 33128-7716
(305)523-5100

Date: March 31, 2017

**Attn: Civil Correspondence Clerk**
Clerk of Circuit and County Courts
138 Dade County Courthouse
73 West Flagler Street
Miami, FL 33130

FILED by _____ D.C.
APR 21 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. - MIAMI

ORIGINAL FILED
APR 13 2017
HARVEY RUVIN
CLERK

RE: District Court Case No.: 1:17-cv-21194-UU

State Court Case No.: 16-029497-CA-23

Dear Sir/Madam:

Pursuant to 28 U.S.C. §1447, a certified copy of the District Court's Order of Remand must be mailed to the Clerk of the State Court.

Please acknowledge receipt of the Order in the above referenced case by signing and returning the enclosed copy of this letter.

**Clerk's Acknowledgment of Receipt**
The undersigned hereby acknowledges receipt of the District Court's certified copy of the Order of Remand.

By: *Ana Alvarado 179373*
Deputy Clerk

On: APR 13 2017

Steven M. Larimore, Clerk of Court

By  /s/ *Patrick Edwards*
Deputy Clerk